UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-478-T-30-AAS

18 U.S.C. § 922(g)(1)

CHAD MICHAEL OVEREND

### INDICTMENT

The Grand Jury charges:  SEALED

### COUNT ONE

On or about March 22, 2018, in the Middle District of Florida, the defendant,

CHAD MICHAEL OVEREND,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Dealing in stolen property, on or about October 26, 2001,

2. Fraudulent use of credit card, on or about March 6, 2003,

3. Burglary, on or about March 6, 2003,

4. Possession of burglary tools, on or about March 6, 2003,

5. Driving while license revoked (felony – habitual), on or about January 6, 2016,

6. Possession of methamphetamine, on or about January 6, 2016,

and

7. Driving while license revoked (felony – habitual), on or about January 6, 2016.

did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, that is, a Yimeng shotgun, a Savage Arms Corporation/Stevens J. Company 12 gauge shotgun, a Savage Arms Corporation/Stevens J. Company .410 gauge shotgun, a Winchester shotgun, a Gecado pistol, five rounds of Winchester 20 gauge ammunition, 5 rounds of Winchester 12 gauge ammunition, 2 rounds of Winchester .25 caliber ammunition, and 3 rounds of Federal .25 caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Yimeng shotgun, a Savage Arms Corporation/Stevens J. Company 12 gauge shotgun, a Savage Arms Corporation/Stevens J. Company .410 gauge shotgun, a Winchester shotgun, a Gecado pistol, five rounds of Winchester 20 gauge ammunition, 5 rounds of Winchester 12 gauge ammunition, 2 rounds of Winchester .25 caliber ammunition, and 3 rounds of Federal .25 caliber ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Callan L. Albritton
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## CHAD MICHAEL OVEREND

## INDICTMENT

Violations:   18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 16th day
of October 2018.

_____
Clerk

Bail $_____

GPO 863 525