# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

# CLERK'S MINUTES

| **CASE NO.:** | 8:18-cr-478-T-30AAS | **DATE:** | February 28, 2019 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHAD MICHAEL OVEREND | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Callan Albritton, AUSA | |
| | | **DEFENSE COUNSEL**<br>Geoffrey Cox, CJA | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| | | **PRETRIAL:** | Nathan Dodson |
| **TIME:** | 10:53 a.m. – 11:28 a.m.   **TOTAL:** 35 min. | **COURTROOM:** | 12B |

**PROCEEDINGS: GUILTY PLEA PROCEEDING / SHOW CAUSE HEARING re: VOPR)**

[X]  Plea Agreement filed.
[X]  Defendant sworn.
[X]  Plea of guilty entered as to Count ONE of the Indictment.
[X]  Factual basis established.
[X]  Adjudication of guilt deferred.
[X]  Referred to Probation for Pre-Sentence Investigation.
[X]  Sentencing date TBD.


[X]  Deft provided w/copy of Petition.
[X]  Court summarized charges.
[X]  Proceedings conducted pursuant to 18 U.S.C. 3148.
[X]  Revocation hearing WAIVED.
[X]  Gov't does not seek detention.   The Gov't suggests home detention with GPS monitoring.
[X]  Defendant requests continued bond.
[X]  The Court orders defendant's conditions of release be modified to impose the condition of home detention. All other terms and conditions of release remain the same.