UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 8:18-cr-478-T-30AAS

CHAD MICHAEL OVEREND
_____/

## ORDER MODIFYING CONDITIONS OF RELEASE

This cause is before the Court on a Petition for Action on Conditions of Pretrial Release alleging multiple violations of the Defendant's pretrial release conditions. A hearing was held on the matter, at which the Defendant admitted all of the alleged violations. (Doc. 30).

In light of the Defendant's admissions and for the reasons stated on the record, it is hereby ORDERED that the Court's prior Order of Release (Doc. 12) is modified as follows:

1. The Defendant shall be subject to home detention and electronic monitoring by GPS. The Defendant shall remain confined to his residence at all times except for the following activities, all of which must be pre-approved by Pretrial Services: medical, substance abuse, and/or mental health treatment; attorney visits; religious services; and court appearances.

2. All other conditions as previously set forth shall remain in full force and effect.

DONE and ORDERED in Tampa, Florida, this 1st day of March 2019.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge