**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | | |
|---|---|---|
| CASE NO. 8:18-cr-478-T-30AAS | | DATE: July 8, 2019 |
| TITLE: USA v. **Chad Michael Overend** | | |
| TIME: 10:15 a.m. – 10:31 a.m. | | TOTAL: 16 mins. |

| | |
|---|---|
| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
| Court Reporter: Melissa Pierson | Probation: Tyler Thomas Campbell |
| Counsel for Government: | Callan Albritton, AUSA |
| Counsel for Defendant: | Geoffrey R. Cox, CJA |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Defendant sworn and adjudged guilty as to Count One of the Indictment.

Allocution by Defendant.

Imprisonment: **TWENTY-ONE (21) MONTHS**.

Supervised Release: **THREE (3) YEARS**.

Fine is waived.

Special Assessment: **$100.00**, to be paid immediately.

Special conditions of supervised release:
Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, Defendant is directed to submit to random drug testing.

Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

The defendant shall submit to a search of your person, residence, place of business, any

storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon r reasonable suspicion of contraband or evidence of a violation of a condition of release.  You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

Defendant must refrain from any unlawful use of a controlled substance.  Defendant must submit to one drug within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed two tests per week.

Defendant must cooperate in the collection of DNA as directed by the Probation Officer.

Defendant advised of right to appeal and of right to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 13 |
| Criminal History Category: | III |
| Imprisonment Range | 18 - 24 months |
| Supervised Release Range | 1 - 3 years |
| Restitution: | N/A |
| Fine Range | $5,500 - $55,000 |
| Special Assessment | $100.00 |